**Stephen L. Brischetto**, OSB # 78156
slb@brischettolaw.com
Attorney at Law
806 SW Broadway, Suite 400
Portland OR 97205
503-223-5814
Fax: 503-228-1317
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

**ROBERT BOGGS,**

       Plaintiff,

vs.

**MICHAEL SCHRUNK,**
and **MULTNOMAH COUNTY,**

       Defendants.

Case No. 3:07-cv-00954-ST

PLAINTIFF'S NOTICE OF APPEAL

    Notice is hereby given that plaintiff Robert Boggs in the above-captioned case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on June 11, 2012, the order of the court dated June 7, 2012, the Findings and Recommendations of the magistrate judge dated April 3, 2012 and the Findings and Recommendations of the magistrate judge dated August 21, 2008.

    DATED this 19th day of June, 2012.

                                                           _____
                                                          STEPHEN L. BRISCHETTO
                                                           OSB #78156
                                                          (503) 223-5814
                                                          Attorney for Plaintiff

PAGE 1 – PLAINTIFF'S NOTICE OF APPEAL

NOTICE OF APPEAL.DOCdoc

*STEPHEN L. BRISCHETTO*
*ATTORNEY AT LAW*
*621 S.W. Morrison St, Suite 1025*
*Portland, Oregon 97205*
*Telephone: (503) 223-5814*
*www.employmentlaworegon.com*

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S NOTICE OF APPEAL** on:

Kenneth Crowley
State of Oregon, Department of Justice, Trial Division
1162 Court Street NE
Salem OR 97301-4096

    Of Attorneys for Defendant Michael Schrunk

___ HAND DELIVERY
___ U.S. MAIL
___ FAX
___ E-Mail
_X_ ECF

Jennifer M. Morf
Kathryn A. Short
Office of the Multnomah County Attorney
501 SE Hawthorne Blvd, Ste 500
Portland OR 97214

___ HAND DELIVERY
___ U.S. MAIL
___ FAX
___ E-Mail
_X_ ECF

    Of Attorneys for Defendant Multnomah County

by delivering this date to said attorney(s) a true copy thereof as stated above. I further certify that said documents were contained in sealed envelopes, addressed as above stated, to the last-known addresses of said attorney(s). Documents delivered by mail were deposited in the post office at Portland, Oregon with postage thereon prepaid.

DATED:    June 20, 2012.

_____
Stephen L. Brischetto
OSB 78156
(503) 223-5814
Attorney for Plaintiff

PAGE 1 - CERTIFICATE OF SERVICE

NOTICE OF APPEAL.DOC

*STEPHEN L. BRISCHETTO*
*ATTORNEY AT LAW*
*621 S.W. Morrison St, Suite 1025*
*Portland, Oregon 97205*
*Telephone: (503) 223-5814*
*www.employmentlaworegon.com*